NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTECH GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**SALIENT CRGT, INC.,**
*Defendant*

---

2018-2197

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-02031-EJD, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

BETH V. MCMAHON, ReavesColey, Chesapeake, VA, argued for plaintiff-appellant. Also represented by J. BRADLEY REAVES.

STEPHEN CARL TOSINI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also

represented by JOSEPH H. HUNT, DEBORAH ANN BYNUM, ROBERT EDWARD KIRSCHMAN, JR.; CHARLES MCCARTHY, Office of Regional Counsel, United States General Services Administration, San Francisco, CA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 23, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |